01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08 | UNITED STATES OF AMERICA, | ) | CASE NO. CR07-275-MJP
   |                           | ) |
09 |         Plaintiff,        | ) |
   |                           | ) |
10 |    v.                     | ) |
   |                           | ) | DETENTION ORDER
11 | RICHARD A. ORTIZ,         | ) |
   |                           | ) |
12 |         Defendant.        | ) |
   |                           | ) |

13

14  <u>Offense charged</u>:      Possession of Methamphetamine with Intent to Distribute, Possession of

15                         a Firearm in Furtherance of a Drug Trafficking Crime, Felon in Possession

16                         of a Firearm

17  <u>Date of Detention Hearing</u>:    August 8, 2007

18         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20  that no condition or combination of conditions which defendant can meet will reasonably assure

21  the appearance of defendant as required and the safety of other persons and the community.

22  / / /

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                             Rev. 1/91
PAGE 1

01  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02      1.      Defendant has been charged with the offense of possession of Methamphetamine

03  with Intent to Distribute.  The maximum penalty of this offense is in excess of ten years.  There

04  is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk,

05  under 18 U.S.C. §3142(e).

06      2.      Defendant has a criminal history that includes numerous failures to appear and

07  failures to comply with community supervision.  There is an active no-bail warrant from Pierce

08  County. He lacks a stable employment history and is alleged to be a user of illegal substances.

09      3.      Taken as a whole, the record does not effectively rebut the presumption that no

10  condition or combination of conditions will reasonably assure the appearance of the defendant as

11  required and the safety of the community.

12  It is therefore ORDERED:

13      (1)     Defendant shall be detained pending trial and committed to the custody of the

14              Attorney General for confinement in a correction facility separate, to the extent

15              practicable, from persons awaiting or serving sentences or being held in custody

16              pending appeal;

17      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

18              counsel;

19      (3)     On order of a court of the United States or on request of an attorney for the

20              Government, the person in charge of the corrections facility in which defendant is

21              confined shall deliver the defendant to a United States Marshal for the purpose of

22              an appearance in connection with a court proceeding; and

01    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

02           counsel for the defendant, to the United States Marshal, and to the United States

03           Pretrial Services Officer.

04    DATED this 8th day of August, 2007.

05

06                                                   Mary Alice Theiler
                                                     United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 3